

FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

"O"
Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08-00227 |
| Plaintiff, ) | ORDER OF DETENTION |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Beverly Hendrix ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___ED Wisconsin___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Content of petition on probation and supervised release___

1 | _and pre-trial services report_
2 |
3 |
4 | and/or
5 | B. (X) The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _flight risk and danger + community._
10 |
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated: _February 5, 2008_
18 |
19 |
20 | JEFFREY W. JOHNSON
    | UNITES STATES MAGISTRATE JUDGE